KATHERINE P. HAMPTON, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $5,000, and modify the judgment accordingly; in which

event the judgment as so modified, and the order, are unanimously affirmed, without costs of this appeal. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.